In the Matter of IRVING H. BOOKMAN, an Attorney, Respondent.

First Department, May 13, 1921.

**Attorney and client — disciplinary proceedings — attorney censured for writing letter threatening criminal prosecution unless debt to client was paid.**

Attorney, who wrote to a man on behalf of his client threatening criminal prosecution unless a debt due the client was paid, censured only in view of his admission that he should not have sent the letter, his expression of regret therefor, and disavowal of any intention to act unethically, and in view of the fact that no damage had been done.

DISCIPLINARY proceedings instituted by the Bar Association of the City of New York.

*Einar Chrystie,* for the petitioner.

*Irving H. Bookman,* respondent in person.

DOWLING, J.:

The respondent was admitted to practice as an attorney and counselor at law in the State of New York in December, 1912. On September 15, 1920, as attorney for one Carpentiere, he wrote a letter to one Malian threatening criminal proceedings unless a debt due his client amounting to $300 was paid, the ground assigned for such contemplated criminal action being the removal of certain property which had been sold by his client to Malian and for which the latter had not yet paid. The respondent believed that he was within his rights in sending the letter in question and, as a matter of fact, before these charges were made against him, had brought the matter, on behalf of his client, to the attention of a city magistrate who held there was not sufficient evidence to hold Malian. He admits in his answer herein that he is now convinced that he never should have written the letter in question and expresses regret therefor and disavows any intention to have acted unethically.

Under the circumstances the respondent will be censured for the sending of this letter and, as no damage was done to its recipient, and no improper motive is disclosed, the proceeding will be dismissed.

LAUGHLIN, SMITH, MERRELL and GREENBAUM, JJ., concur.

Proceeding dismissed. Settle order on notice.